Unsealed on 12/3/2021-A.G.

~~SEALED~~

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>BRENDA BLANCK,<br><br>　　　　　　　Defendant. | Case No.: '21 MJ2642<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 21, U.S.C. §§ 841(a)(1) –<br>Possession of Methamphetamine with Intent to Distribute |

The undersigned complainant being duly sworn states:

<u>COUNT ONE</u>

On or about January 29, 2018, within the Southern District of California, defendant, BRENDA BLANCK, did knowingly and intentionally possess with intent to distribute 5 grams or more, to wit: approximately 17.33 grams of methamphetamine (actual); a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Special Agent Sean Bradley, FBI

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this <u>18th</u> day of June 2021.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HON. ALLISON H. GODDARD
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
BRENDA BLANCK

## PROBABLE CAUSE STATEMENT

This statement is based on discussions with other law enforcement officers, reports, and documents furnished to the Federal Bureau of Investigations.

On or about January 29, 2018, a San Diego Sherriff's deputy was in uniform and driving a marked vehicle when he encountered a vehicle crossing over the double-yellow lines on a road near Lakeside, California. Based on this activity, he initiated a traffic stop and contacted the driver and sole occupant, Brenda BLANCK (BLANCK).

BLANCK informed the deputy she did not have a driver's license and gave him a false name. After some initial identification questions, the deputy recognized BLANCK because she had an outstanding felony warrant. The deputy removed BLANCK from the vehicle. When asked if she had anything illegal on her person, BLANCK told the deputy she had something in her purse, which was located in the vehicle.

Deputies located the purse in the front seat of the vehicle. Inside the purse they found a small zippered pouch that contained 7 individual baggies totaling approximately 17.8 grams of methamphetamine. They also found additional unused baggies, a methamphetamine pipe, and $233 USD.

The substance was sent to the DEA lab for analysis. The lab confirmed that it was methamphetamine with a pure weight of 17.33 grams at 99% purity.

Records checks on BLANCK revealed the following relevant criminal history:

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRISONMENT |
|---|---|---|---|
| 8/31/11 | CASC – San Diego | HSC 11378 – Possess Cntld Sub for Sale (felony) | 16 months' prison |

## REQUEST FOR SEALING

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee and may cause destruction of evidence and may have a negative impact on this continuing investigation.